# MEMORANDUM DECISIONS.

ADAMS, Appellant, v. OLD DOMINION S. S. CO., Respondent. (Supreme Court, Appellate Term. November 8, 1900.) Action by George F. Adams against the Old Dominion Steamship Company. From a judgment of the general term of the city court of New York (65 N. Y. Supp. 1127) affirming a judgment for defendant, and an order denying a new trial, the plaintiff appeals. Affirmed. Hyland & Zabriskie, for appellant. Owen & Sturges, for respondent.

PER CURIAM. Judgment affirmed, with costs.

ALTMAYER et al., Respondents, v. McKEON et al., Appellants. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Nathaniel Altmayer and another against Patrick J. McKeon and another. C. E. Thornall, for appellants. E. Blumenstiel, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

AMER et al., Respondents, v. FOLK et al., Appellants. (Supreme Court, Appellate Term. November 9, 1900.) Action by Edward C. Amer and another against John Folk and another. From a judgment and order of the general term of the city court (65 N. Y. Supp. 1127) affirming a judgment for plaintiffs, defendants appeal. Affirmed. Hastings & Gleason, for appellants. Blumensteil & Hirsch, for respondents.

PER CURIAM. The only question in this case was whether there had been an accord and satisfaction between the parties. This issue was submitted to the jury by a charge which correctly followed the opinion delivered when this case was here on a former appeal. Amer v. Folk, 28 Misc. Rep. 508, 59 N. Y. Supp. 532. The evidence was conflicting, and amply supported the judgment rendered against the defendants. The order denying the defendants' motion to set aside the verdict is not appealable to this court. Judgment affirmed, with costs.

ARNOLD, Town Supervisor, v. FORD. (Supreme Court, Appellate Division, Third Department. September 11, 1900.) Action by J. Howard Arnold, as supervisor of the town of Clifton Park, against William T. Ford. No opinion. Motion denied.

ASTOR, Appellant, v. MOSS, Respondent. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by William W. Astor against Theo Moss. J. S. Montgomery, for appellant. M. Cohen, for respondent. No opinion. Appeal dismissed.

In re BALDWIN. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) In the matter of the estate of Henry Baldwin, deceased. No opinion. Motion to substitute Charles Stubbs as administrator of estate of James Stubbs, deceased, granted.

BALDWIN'S BANK OF PENN YAN, Appellant, v. DIXON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September 25, 1900.) Action by Baldwin's Bank of Penn Yan against Edward S. Dixon and another. No opinion. Judgment affirmed, with costs.

BALL, Appellant, v. WILLIAMS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 2, 1900.) Action by Lydia M. Ball against Sarah Williams and others. No opinion. Judgment and order affirmed, with costs.

BANK, Appellant, v. MARKOWITZ, Respondent. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Samuel Bank, by his guardian, against Herman Markowitz. From an order granting defendant's motion to set aside judgment in favor of plaintiff and awarding a new trial (65 N. Y. Supp. 369), plaintiff appeals. Affirmed. Joseph Wilkenfeld, for appellant. Max Altmayer, for respondent.

O'BRIEN, J. For the reasons stated in the opinion of the court below, the order appealed from should be affirmed, with costs. All concur, except VAN BRUNT, P. J., and INGRAHAM, J., who dissent.

BARNUM, Respondent, v. BARNUM, Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action for divorce by Sarah A. Barnum against Rhilo F. Barnum. From a judgment awarding plaintiff a limited divorce, and directing defendant to pay plaintiff $50 per month, defendant appeals. Modified. William P. Burr, for appellant. John C. Coleman, for respondent.

PER CURIAM. The judgment should be modified by reducing the amount of alimony to $20 a month, and, as so modified, it should be affirmed, without costs.

BATTINI, Appellant, v. McNAB, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by Paul Battini against William J. McNab. No opinion. Judgment affirmed, with costs.

BAUER, Appellant, v. EIRICH et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1900.)